HENRY BERGH AND OTHERS, APPELLANTS, v. JOHN BUSTEED AND OTHERS, RESPONDENTS.

APPEAL from an order made at the Special Term dissolving an injunction.

The action is brought by plaintiffs, trustees of the New York College of Veterinary Surgeons, for the purpose of having the election of officers of the board of trustees of the college declared void; that two of the defendants be declared to have forfeited their rights as trustees, and that it be determined whether any of the parties to this action, other than Van Ranst and Crawford, have forfeited their positions as trustees.

The only question presented by this appeal was as to the right of certain of the defendants to act as trustees of the college, the decision of which question depended upon the decision in the case of *Van Ranst* v. *The New York College of Veterinary Surgeons*, decided at this term and reported *ante*, at page 620.

*J. J. Macklin*, for the appellants.

*Wm. Henry Arnoux*, for the respondents Van Ranst and Crawford.

*Wm. F. Macrae*, for the other respondents.

Opinion by BRADY, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order modified, and as modified affirmed, without costs to either party.